IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 3:21-cv-458

TREX PROPERTIES, LLC,

    Plaintiff,

v.

25TH STREET HOLDING COMPANY, INC., *et al.*,

    Defendant.

**NOTICE OF LIMITED APPEARANCE**

**NOW COMES** Donald M. Brown, Jr. of Brown & Associates, PLLC, Attorneys & Counselors at Law, and gives notice to the parties and to the Court that the undersigned now makes a LIMITED APPEARANCE solely for purposes of responding to and providing an ANSWER to Plaintiff TREX PROPERTIES, LLC's Complaint.

Until further notice, all correspondence in this matter shall continue to be directed to Defendant at:

**DAVIS STEEL & IRON CO., INC**

**1035 Commercial Drive**

**Matthews, NC 28104**

This the 11th day of November, 2021.

/S/ DONALD M. BROWN JR.
DONALD M.BROWN, JR.
S.C. Bar# 9902
N.C. Bar# 14178
Park South Professional Center
10440 Park Road, Suite 200
Charlotte, NC 28210
T: 704-542-2525
F: 704-541-4751
don@brownattorneys.com
www.brownattorneys.com
Counsel for Defendant
DAVIS STEEL & IRON CO., INC

## CERTIFICATE OF SERVICE

I hereby certify that on 11/12/2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Email: sgreen@gmlawyers.org
Email: rsmith@gmlawyers.org
Email: tmitchell@gmlawyers.org
Stanley B. Green
Robert A. Smith
Tyler J. Mitchell
Green Mistretta Law, PLLC
1752 Heritage Center Drive, Suite 101
Wake Forest, North Carolina 27587
Attorneys for Trex Properties, LLC

Email: mmerryman@justislawfirm.com
Email: rguthrie@justislawfirm.com
Matthew T. Merryman
Rachel D. Guthrie
The Justis Law Firm, LLC
4100 Terrace Street
Kansas City, Missouri 64111
Attorneys for Trex Properties, LLC

/S/ DONALD M. BROWN JR.
DONALD M.BROWN, JR.
S.C. Bar# 9902
N.C. Bar# 14178
Park South Professional Center
10440 Park Road, Suite 200
Charlotte, NC 28210
T: 704-542-2525
F: 704-541-4751
don@brownattorneys.com
www.brownattorneys.com
Counsel for Defendant
DAVIS STEEL & IRON CO., INC