IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00458-KDB-DSC

| | | |
|---|---|---|
| **TREX PROPERTIES LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **25TH STREET HOLDING COMPANY INC. et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on "Plaintiff's Motion to Strike the Pro Se Answer of Defendant Rachels Collision Center of Daytona, Inc." (document #1090).

On January 24, 2022, Defendant filed a pro se Answer (document #1078).

Taking judicial notice of official documents attached to Plaintiff's Motion, it is clear that Defendant is a corporation.

"It has been the law for the better part of two centuries ... that a corporation may appear in federal courts only through licensed counsel." Rowland v. California Men's Colony, 506 U.S. 194, 201-02 (1993). Accord Gilley v. Shoffner, 345 F. Supp. 2d 563, 566 (M.D.N.C. 2004) (dismissing complaint of pro se corporate plaintiff); Microsoft Corp. v. Computer Serv. & Repair, Inc., 312 F. Supp. 2d 779, 780 (E.D.N.C. 2004) (same); Lexis-Nexis v. TraviShan Corp., 155 N.C. App. 205, 208, 573 S.E.2d 547, 549 (2002) (same); CIT Group/Commercial Services, Inc. v. Crystal Springs Apparel, LLC, No. 2:08-cv-00113-FDW, 2008 WL 2484512 (W.D. N.C. June 17, 2008) (same for LLC).

Accordingly, "Plaintiff's Motion to Strike the Pro Se Answer of Defendant Rachels Collision Center of Daytona, Inc." (document #1090) is granted.

The Court warns Defendant that it must immediately retain counsel. Defendant is granted a thirty-day extension of time to retain counsel who shall appear and file an answer on Defendant's behalf. Failure to retain counsel may result in entry of default and default judgment.

**THEREFORE IT IS HEREBY ORDERED** that:

1. "Plaintiff's Motion to Strike the Pro Se Answer of Defendant Rachels Collision Center of Daytona, Inc." (document #1090) is **GRANTED** and Defendant's pro se Answer (document #1065) is **STRICKEN**.

2. Defendant shall retain counsel who shall appear and file an answer within thirty days of this Order.

3. The Clerk is directed to send copies of this Order to pro se Defendant, to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: February 22, 2022

David S. Cayer
United States Magistrate Judge