IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:21-cv-00458-KDB-DSC

TREX PROPERTIES LLC,

    Plaintiff,

v.

25th STREET HOLDING COMPANY, INC. et al.,

    Defendants,

POWDER COATING SERVICES, INC.,

    Third-Party Plaintiff,

v.

DETREX CORPORATION, ENVIRONMENTAL LIABILITY TRANSFER, INC., and PARTS CLEANING TECHNOLOGIES, LLC,

    Third-Party Defendants.

APPENDIX OF EXHIBITS TO ANSWER, COUNTERCLAIM AND THIRD-PARTY COMPLAINT OF DEFENDANT/THIRD-PARTY PLAINTIFF POWDER COATING SERVICES, INC.
(Jury Demand)

| Exhibit | Description |
|---|---|
| A | Bill of Indictment |
| B | Judgment in a Criminal Case |
| C | RCRA Permit |
| D | Notice of Violation |
| E | Plaintiffs' First Amended Complaint |
| F | June 14, 2018 letter to NCDEQ |
| G | Environmental Liabilities Transfer Agreement |

| | |
|---|---|
| H | Assignment of Environmental Liability Transfer Agreement |
| I | Petition for a Contested Case Hearing |
| J | March 31, 2016 letter |
| K | Lease |
| L | Service Agreement |
| M | First Amendment to Service Agreement |
| N | Certificate of Recycling / Materials Re-Use |
| O | Uniform Hazardous Waste Manifest |
| P | Certificate from Michigan Department of Licensing and Regulatory Affairs |
| Q | State of North Carolina Division of Waste Management Hazardous Waste Permit |

.