# EXHIBIT F

# TREX PROPERTIES LLC
1650 Des Peres Rd. – Suite 303
Saint Louis, MO 63131
314.835.1515 telephone
314.835.1616 facsimile

June 14, 2018

Mr. Michael Scott
North Carolina Dept. of Environmental Quality
Department of Environmental Quality.
Hazardous Waste Section
1646 Mail Service Center
Raleigh, NC 27699-1646
Michael.scott@ncdenr.gov

Mr. Bud McCarty
North Carolina Dept. of Environmental Quality
Department of Environmental Quality.
Hazardous Waste Section
1646 Mail Service Center
Raleigh, NC 27699-1646
Bud.mccarty@ncdenr.gov

Property Address: 3114 Cullman Ave., Charlotte, NC
EPA ID: NCD049773245
Incident Date: August 19, 2015
Inspection Report: March 28, 2016 (Compliance Order Docket #2016 – 023)

Dear Messrs. Scott & McCarty,

We write to update you with respect to the above-referenced Incident and Inspection Report.

As I am sure you recall, Trex Properties LLC ("Trex") worked diligently and cooperatively with the North Carolina Dept of Environmental Quality to address an entirely unacceptable condition on the Cullman Ave site that arose as a result of the criminal actions of the site tenant, Parts Cleaning Technologies. Trex continues its work today in close communication with the NCDEQ to address the remaining corrective actions necessary to bring this site to regulatory closure.

Parts Cleaning Technologies of North Carolina, Inc. ("PCT"), Mr. David Crandell ("Crandell"), Mr. Timothy Michael Connelly ("Connelly"), and Mr. Vincent Edward Peters, Sr. ("Peters") have since been indicted under a Bill of Indictment (attached) in the United States District Court

1 | Page

– Western District of North Carolina – Charlotte Division (Case # 3:17-cr-00136-MOC-DSC) filed on May 17, 2017 arising out of and related to the Incident.

It is our understanding some or all of those defendants have entered pleas with sentencing schedule on the 1st day of August, 2018 in front of US Magistrate Judge David Cayer and US District Court Judge Max Cogburn.

At the request of the court officials, we, Trex Properties LLC, have filed a written Victim Impact Statement describing the funds (in excess of $939,000.00) which were incurred by Trex in inventorying, categorizing, securing, hauling and properly disposing of the hazardous wastes which had been illegally stored by PCT in the trailers and at the property. We intend to appear personally at the sentencing hearing to reiterate, if necessary, our demand that we be reimbursed by those defendants for that amount.

Will NCDEQ be appearing at the sentencing hearing as well? Regardless, we will advise immediately of the results.

We are certainly pleased the defendants have been held to account for the Incident and are pleased this chapter has been brought to a close. We also look forward to continuing our working relationship with the NCDEQ to complete the successful remediation of the Cullman Ave site.

Thank you.

Sincerely,

Thomas G. Pike,
General Counsel