# EXHIBIT H

## ASSIGNMENT OF ENVIRONMENTAL LIABILITY TRANSFER AGREEMENT

THIS ASSIGNMENT OF ENVIRONMENTAL LIABILITY TRANSFER AGREEMENT (this "Assignment") is made and entered into as of June 18, 2013 by and between ENVIRONMENTAL LIABILITY TRANSFER, INC., a Missouri corporation ("Assignor"), and TREX PROPERTIES LLC, a Missouri limited liability company ("Assignee").

### WITNESSETH:

WHEREAS, Assignor, as purchaser, has entered into a certain Environmental Liability Transfer Agreement with Detrex Corporation dated June 18, 2013 ("Purchase Agreement"), whereby Assignor has agreed to assume certain environmental liabilities and to purchase certain property of Detrex Corporation. All capitalized terms used herein and not otherwise defined shall have the meaning set forth in the Purchase Agreement.

WHEREAS, Assignor desires to assign to Assignee all of Assignor's right, title and interest with respect to the Purchase Agreement in accordance with the terms and conditions of this Assignment.

NOW, THEREFORE, in consideration of the foregoing, One Dollar ($1.00) and other good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged:

1. Assignment and Assumption. Consistent with Section 15 of the Purchase Agreement, Assignor does hereby convey, transfer, sell and assign to Assignee all of Assignor's right, title and interest in and to the Purchase Agreement, and Assignee does hereby assume from Assignor all of Assignor's right, title and interest in and to the Purchase Agreement, and agrees to be bound thereby. Additionally, Assignor hereby acknowledges and agrees that notwithstanding this Assignment, Assignor remains joint and severally liable for all obligations and agreements of Purchaser (as defined in the Purchase Agreement) under the Purchase Agreement, including without limitation, those that survive Closing, including, without limitation, any indemnities and environmental remediation obligations of Purchaser contained therein on a going forward basis.

2. Governing Law. This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan.

3. Successors and Assigns. This Agreement shall be binding upon and shall insure to the benefit of the parties hereto and their respective successors and assigns.

4. Modifications. This Agreement may not be modified, altered or amended, or its terms waived, except by an instrument in writing signed by the parties hereto.

[Signature Pages Follows]

COI-145291 lvl

Received for Filing Oakland County Clerk 5/15/2017 3:18 PM

IN WITNESS WHEREOF, Assignor and Assignee have executed this Agreement as of the date first above written.

**ASSIGNOR**

ENVIRONMENTAL LIABILITY TRANSFER, INC., a Missouri corporation

By: _____
Name: THOMAS E. ROBERTS
Title: SEC'TY

**ASSIGNEE**

TREX PROPERTIES LLC, a Missouri limited liability company

By: _____
Name: THOMAS F. ROBERTS
Title: MEMBER

Received for Filing Oakland County Clerk 5/15/2017 3:18 PM

COI-1452911v1