# EXHIBIT J

# THE JUSTIS LAW FIRM LLC

Gary D. Justis
Direct Dial (913) 955-3712
gjustis@justislawfirm.com

**SETTLEMENT COMMUNICATIONS**
**SUBJECT TO FRE 408**

March 31, 2016

**VIA USPS PRIORITY MAIL**

Re: **Demand/Settlement Offer to Max Daetwyler Corp. for the former Detrex Corporation facility located at 3114 Cullman Avenue, Charlotte, North Carolina 28296**

Dear Mr. ▮

    We represent Trex Properties LLC, f/k/a Detrex Corporation ("Trex"). By this letter, we are notifying ▮ that there has been a release or threatened release of hazardous substances at the former Detrex Corporation facility located at 3114 Cullman Avenue in Charlotte, North Carolina ("Trex North Carolina Facility"), that Trex is taking steps to eliminate the release or threatened release, and that Trex is offering ▮ the opportunity to reach a settlement of Trex's environmental law claims against ▮ without the need to add ▮ as a defendant in a lawsuit Trex will file against non-settling parties. This letter and enclosed Settlement Agreement detail the terms of Trex's offer to settle with ▮ by May 20, 2016.

    As detailed in the enclosed Settlement Agreement, Trex is performing RCRA corrective action work at the Trex North Carolina Facility under various RCRA permits issued by the North Carolina Department of Environment and Natural Resources ("NCDENR") to Trex. In doing so, Trex has incurred over $460,000 in response costs to date and estimates it will a total of approximately $5.4 million to complete the RCRA corrective action work. Copies of the RCRA permit issued to Trex by NCDENR can be downloaded at our law firm website as the following weblink: http://www.justislawfirm.com/cases/trex-properties/

10955 Lowell Avenue, Suite 520 | Overland Park, KS 66210-2336
(913) 955-3710 | (913) 955-3711 Fax | www.justislawfirm.com

Case 3:21-cv-00458-KDB-DSC   Document 1378-11   Filed 03/21/22   Page 2 of 5


March 31, 2016
Page 2

Trex's current total cost estimate for the RCRA corrective action work it is performing at the Trex North Carolina Facility is $5,399,000, broken down as follows:

- Response Costs Paid (through 11/30/15) = $462,284;

- Projected Future Active Remediation Response Costs (after 11/30/15) = $2,640,166; and

- Projected Future Long-Term Monitoring Costs = $2,296,550.

In connection with these past and ongoing activities, Trex is pursuing its RCRA CERCLA and North Carolina state law cost-recovery and contribution rights against potentially responsible parties ("PRPs") for response costs incurred and to be incurred by Trex at the Trex North Carolina Facility.

Under Sections 107(a) and 113(f)(1) of CERCLA, 42 U.S.C. §§ 9607(a) and 9613(f)(1) and comparable North Carolina state law, responsible parties may be held liable for cost-recovery and contribution for costs incurred in responding to any release or threatened release of hazardous substances at or from the Trex North Carolina Facility. Such costs may include, but are not limited to, expenditures for investigation, planning and response; agency oversight of response actions; operation and maintenance of monitoring systems; attorney's fees; and administrative costs closely tied to the Trex North Carolina Facility RCRA corrective action work; and pre-judgment interest on all of the above.

PRPs include current and former owners or operators of the Trex North Carolina Facility, persons who arranged for treatment and/or disposal of any waste materials containing hazardous substances found at the Trex North Carolina Facility, and persons who transported waste materials containing hazardous substances to the Site. Trex has evaluated evidence in connection with its investigation of the Trex North Carolina Facility and determined that ▓▓▓▓▓ as a contributor of waste to the Trex North Carolina Facility, is a PRP. Enclosed is the Trex North Carolina Facility inventory list of drums in storage demonstrating a nexus between ▓▓▓▓▓ and the Trex North Carolina Facility. This evidence does not include all of the specific waste transportation and/or contribution evidence for ▓▓▓▓▓ for the relevant time period, which ▓▓▓▓▓ will have to investigate and disclose as part of the pending lawsuit if it chooses not to settle by May 20, 2016.

The past and potential future costs detailed above do not include pre-judgment interest. Pre-judgment interest on past costs incurred accrues from the date ▓▓▓▓▓ receives this demand letter. Pre-judgment interest on future costs accrues from the date of expenditure, pursuant to CERCLA Section 107(a), 42 U.S.C. § 9607(a). Interest rates are variable. The applicable rate is the same as is specified for interest on investments of the Hazardous Substance Superfund, which is determined by the Department of the Treasury.

### Trex's Buyout Settlement Offer to ▮

Trex will settle with ▮ ▮ This is a one-time buyout settlement offer that ▮ must accept by executing the attached Settlement Agreement and returning it to the undersigned by May 20, 2016, along with a ▮ check made payable to the "Trex Properties Trust Account" (completed W-9 for this trust account is also enclosed in the event ▮ needs it to issue the settlement check). After May 20, 2016, this settlement offer will expire and will not be offered again by Trex to ▮

This ▮ buyout settlement offer is the lowest settlement offer tier being made by Trex for the Trex North Carolina Facility. To further put this settlement offer into perspective, this is a buyout settlement offer for past and future Trex North Carolina Facility response costs and is based on the premise that, if accepted, neither ▮ nor Trex will incur significant transaction costs in reaching settlement. If ▮ pays this one-time settlement offer and executes the Settlement Agreement signature page by May 20, 2016, ▮ will be settling this matter very reasonably and quickly without incurring significant transaction or any litigation coasts. Because of this, the ▮ settlement offer is not negotiable.

As detailed in Section 6 of the enclosed Settlement Agreement, in return for ▮ settlement payment, ▮ will be indemnified by Trex against all claims arising from the Trex North Carolina Facility within the meaning of "Settled Claims" (as defined in Section 1.6.1 of the enclosed Settlement Agreement). You should note that the definition of "Settled Claims" includes potential natural resource damages claims at the Trex North Carolina Facility.

You should note that, under the enclosed Settlement Agreement, ▮ will not be admitting any liability. You should also note that the enclosed Settlement Agreement contemplates that the terms of ▮ settlement will remain confidential unless an administrative tribunal or court orders otherwise.

Trex will not entertain substantive changes to this Settlement Agreement, other than corrections to the definition of ▮ in Section 1.2. The form of this Settlement Agreement has been widely accepted in other CERCLA cost-recovery and contribution action settlements across the United States.

While we believe ▮ has been provided with sufficient information and documents to enable ▮ to adequately evaluate this one-time buyout settlement offer, you should not hesitate to contact my associate attorney Rachel Guthrie (direct dial: 913-955-3713, email: rguthrie@justislawfirm.com) if you have any questions or require further information.

March 31, 2016
Page 4

We look forward to ▉▉▉▉'s response.

Very truly yours,

THE JUSTIS LAW FIRM LLC

By: ▉▉▉▉ Justis

Enclosures