# EXHIBIT M

# FIRST AMENDMENT TO SERVICE AGREEMENT

THIS FIRST AMENDMENT TO SERVICE AGREEMENT is entered into by and between TREX PROPERTIES LLC, a Missouri limited liability company, as successor in interest to Detrex Corporation ("Trex"), and SOLVENT DISTRIBUTORS OF NORTH CAROLINA, INC., a Michigan corporation ("SD"), and is dated as of the 28 day of JANUARY, 2014.

## RECITALS

A. Trex's predecessor in interest and SD entered into that certain Service Agreement dated June 1, 2002 (the "Service Agreement") relative to a RCRA Part B Permit applicable to premises located at 3114 and 3124 Cullman Ave., Charlotte, North Carolina.

B. Trex has succeeded to the interest of Detrex Corporation under the Service Agreement.

C. Trex and SD have agreed to amend the Service Agreement as provided in this First Amendment to Service Agreement.

## AGREEMENT

NOW, THEREFORE, in consideration of the covenant, representations and warranties set forth herein and for other and good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Trex and SD amend the Service Agreement as follows:

1. SD ~~affirms and acknowledges its obligation under the Service Agreement~~ agrees /DRC 1/10/2014 /JR 1-28-14 to promptly pay, as and when due, and be responsible for (and to indemnify, defend and hold Trex harmless from and against) all fees, assessments and charges of any nature levied, assessed or charged by the North Carolina Department of Environment & Natural Resources (NCDNR), the United States Environmental Protection Agency (EPA) (and/or any other governmental authority having jurisdiction over such matters) pertaining to the RCRA Operating Part B Permit, including, but not limited to, inspection fees, hazardous waste fees, annual permit fees, late fees and permit modification fees as long as PCT is operating and has access to the RCRA Operating Part B Permit.

2. SD agrees that all obligations of Parts Cleaning Technologies of North Carolina, Inc. under that certain First Amendment to Lease with Trex Properties LLC, of even date herewith, are joint and several obligations of SD.

3. A further condition to the effectiveness of this First Amendment, shall be the execution and effectiveness of: (i) that certain "First Amendment to Sublease" entered into by and between Landlord and Parts Cleaning Technologies of New Jersey, Inc., an affiliate of SD; (ii) (ii) that certain "First Amendment to Lease" entered into by and between Trex

Received for Filing Oakland County Clerk 5/15/2017 3:18 PM

and Parts Cleaning Technology of North Carolina, Inc., an affiliate of SD, relating to the property which is the subject hereof.

4. This Service Agreement, as amended, shall expire simultaneously with the Lease of Parts Cleaning Technology of North Carolina, Inc.

5. Except as specifically or implicitly modified herein, the Service Agreement remains unchanged and remains in full force and effect. This Amendment may be executed in counterparts, each of which shall be deemed an original, and all of which, taken together, shall be deemed one agreement.

[End of text. Signature page follows]

Received for Filing Oakland County Clerk 5/15/2017 3:18 PM

Received for Filing Oakland County Clerk 5/15/2017 3:18 PM

IN WITNESS WHEREOF, this First Amendment to Service Agreement has been duly executed and delivered by Trex and SD, one to the other.

       TREX:

       TREX PROPERTIES LLC, a Missouri limited liability co.

       By: _____
       Name:     Tom Roberts
       Title:      Member

       SD:

       SOLVENT DISTIBUTORS OF NORTH CAROLINA, INC., a Michigan corporation

       By: _____
            David Crandell
            Its President