# EXHIBIT N

# Certificate Of Recycling / Materials Re-Use

GENERATOR: Powder Coating Services
ADDRESS: 1260 Shannon-Bradley Road
Gastonia    NC 28052
CONTACT: Vann Dacons
EPA I.D. NUMBER: NCP042108009
MANIFEST SHIPMENT NO 499124

DATE OF SHIPMENT    2/19/2013

---

DETREX CORPORATION I.D. NO: NCD049773245
FACILITY ADDRESS: 3114 Cullman Avenue
Charlotte, NC 28206

On the above date, your waste material was picked up and transported to our facility for the purpose of treatment and/or recycling. Any recycled material was returned to either the original generator or subsequent user for beneficial re-use.

If any residue remained or the original intent of the shipment was for fuel blending, the material was shipped off-site to any one of several EPA approved rotary cement kilns where the material was used for fuel.

If material is treated, it was processed in accordance with CFR 40 268 and disposed of in a proper manner.

THE ENTIRE PROCESS IS GENERALLY COMPLETED WITHIN A 90 DAY PERIOD FROM THE DATE OF SHIPMENT.

Tim Connelly
Facility Operations Manager
Certification of Materials Recycled