# EXHIBIT O

Please print or type. (Form designed for use on elite (12-pitch) typewriter.)

Form Approved. OMB No. 2050-0039

| | UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator ID Number NCD000615872 | 2. Page 1 of 1 | 3. Emergency Response Phone (704) 332-3600 | 4. Manifest Tracking Number 000498080WA5 |

5. Generator's Name and Mailing Address

Powder Coating Services
1850 Shannon-Bradley Road
Gastonia, NC 28052 (704) 349-4110

Generator's Phone:

Generator's Site Address (if different than mailing address)

6. Transporter 1 Company Name
Haz-Mat Environmental Services, LLC
U.S. EPA ID Number
NCR000000186

7. Transporter 2 Company Name
U.S. EPA ID Number

8. Designated Facility Name and Site Address
Detrex Corporation
3114 Cullman Avenue

Facility's Phone:

U.S. EPA ID Number

| 9a. HM | 9b. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 10. Containers No. | 10. Containers Type | 11. Total Quantity | 12. Unit Wt./Vol. | 13. Waste Codes |
|---|---|---|---|---|---|---|
| X | 1. UN 1263, Waste Paint Related Material, 3, PG II (ERG# 128) | 006 | DM | 3600 | P | D-1 |
| | 2. | | | | | |
| | 3. | | | | | |
| | 4. | | | | | |

14. Special Handling Instructions and Additional Information

ER #16

15. GENERATOR'S/OFFEROR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. If export shipment and I am the Primary Exporter, I certify that the contents of this consignment conform to the terms of the attached EPA Acknowledgment of Consent.
I certify that the waste minimization statement identified in 40 CFR 262.27(a) (if I am a large quantity generator) or (b) (if I am a small quantity generator) is true.

Generator's/Offeror's Printed/Typed Name | Signature | Month Day Year

16. International Shipments ☐ Import to U.S. ☐ Export from U.S. Port of entry/exit: ___ Date leaving U.S.: ___
Transporter signature (for exports only):

17. Transporter Acknowledgment of Receipt of Materials
Transporter 1 Printed/Typed Name | Signature | Month Day Year
Transporter 2 Printed/Typed Name | Signature | Month Day Year

18. Discrepancy

18a. Discrepancy Indication Space ☐ Quantity ☐ Type ☐ Residue ☐ Partial Rejection ☐ Full Rejection

Manifest Reference Number:

18b. Alternate Facility (or Generator) | U.S. EPA ID Number

Facility's Phone:

18c. Signature of Alternate Facility (or Generator) | Month Day Year

19. Hazardous Waste Report Management Method Codes (i.e., codes for hazardous waste treatment, disposal, and recycling systems)
| 1. | 2. | 3. | 4. |

20. Designated Facility Owner or Operator: Certification of receipt of hazardous materials covered by the manifest except as noted in Item 18a
Printed/Typed Name | Signature | Month Day Year

EPA Form 8700-22 (Rev. 3-05) Previous editions are obsolete.

GENERATOR'S INITIAL COPY



# HAZ~MAT

ENVIRONMENTAL SERVICES
P.O. BOX 37392 • CHARLOTTE, N.C. 28237
(704) 332-5600
FAX (704) 375-7183

Manifest No. _____
P.O. No. _____
Job No. _____

## NON-HAZARDOUS SPECIAL WASTE

### Section I.  GENERATOR (Generator complete all of Section I)

**GENERATOR LOCATION**

NAME Powder Coating Services

ORIGINATING ADDRESS Shannon Bradley Rd

MAILING ADDRESS _____

CITY Gastonia  STATE NC  ZIP 28052

PHONE NO. _____

CONTACT NAME _____

DES. OF WASTE: Non hazardous only solids (drums)

**WORK CONTRACTED BY**
Bill To (If different from information at left)

NAME _____
ADDRESS _____
CITY _____ STATE _____ ZIP _____
PHONE NO. _____
CONTACT NAME _____

| No. | Type | Units | Quantity |

### Section II. INVOICE INFORMATION

| DESCRIPTION | GALLONS | DRUMS QUANTITY | LINE TOTAL |
|---|---|---|---|
| 1. PETROLEUM CONTACT WATER PUMPED FROM TANKS, DRUMS OR AFVR | | | |
| 2. OFF-SPEC LIGHT OIL, DIESEL OR GAS PUMPED FROM TANKS OR DRUMS | | | |
| 3. SOLUBLE OILS OR COOLANTS PUMPED FROM STORAGE | | | |
| 4. SEDIMENT OR SOLIDS VACUUMED FROM CONTAINMENT AREA | | | |
| 5. 55-GALLON DRUM REMOVED - SOLID OR EMPTY | | | |
| 6. 55-GALLON DRUM REMOVED - LIQUID | | | |
| 7. | | | |
| 8. | | | |

10. ARRIVAL TIME: _____ DEPARTURE TIME: _____

GENERATOR'S CERTIFICATION: I hereby certify that the above named material is not a hazardous waste as defined by 40 CFR Part 261 or any applicable state law, has been properly described, classified and packaged, and is in proper condition for transportation according to applicable regulations, AND, if the waste is a treatment residue of a previously restricted hazardous waste subject to the Land Disposal Restrictions, I certify and warrant that the waste has been treated in accordance with the requirements of 40 CFR Part 268 and is no longer a hazardous waste as defined by 40 CFR Part 261.

Generator Authorized Agent Name _____ Signature _____ Shipment Date _____

### Section III. TRANSPORTER

**HAZ~MAT**
ENVIRONMENTAL SERVICES
P.O. BOX 37392 • CHARLOTTE, N.C. 28237

a. Driver Name/Title _____
b. Phone No. _____  c. Truck No. _____

Hazardous Waste Transporter Permits
EPA NCR 000003186
EPA NCD048461370

d. _____
Driver Signature _____ Shipment Date _____

**TRANSPORTER II**
e. Name _____
f. Address _____
g. Driver Name/Title _____
h. Phone No. _____ i. Truck No. _____
j. Transporter II Permit Nos. _____

Driver Signature _____ Shipment Date _____

### Section IV. FACILITY INFORMATION AND CERTIFICATE OF DISPOSAL

Site Name: Haz-Mat Environmental Services
Physical Address: 210 Dalton Avenue, Charlotte, N.C. 28206

a. Phone No. 704-332-5600
b. Mailing Address: P.O. Box 37392, Charlotte, N.C. 28237

Discrepancy Indication Space

This is to certify that all non-hazardous material removed from above location has been received and will be disposed of in accordance with applicable local, state and federal regulations in the following manner: (1) Petroleum products are blended into a beneficial reusable fuel for use in large industrial burners. (2) Waste waters are to be treated with polymers, pH adjusters, and a flocculant, then flows through a dissolved air flotation system for pretreatment separation, then into the CMUD sanitation sewer system under permit IUP#5012. (3) Sludges from treatment systems are hauled to E.P.A. approved facilities for proper disposal. Manifest and certificate of disposal are on file. (4) Our treatment system operates on a first in, first out basis and product should be processed within seven days.

| SIGNATURE OF FACILITY AGENT | | DATE | | |
|---|---|---|---|---|
| | | MONTH | DAY | YEAR |

ORIGINAL - FINAL T.S.D. • YELLOW - DISPOSER • PINK - 1ST T.S.D. • GOLD - GENERATOR