# EXHIBIT P

LARA Home   Contact LARA   Online Services   News   MI.gov

# LARA Corporations Online Filing System
### Department of Licensing and Regulatory Affairs

**ID Number:** 801192429    [Request certificate] [Return to Results] [New search]

**Summary for:** PARTS CLEANING TECHNOLOGIES, LLC

**The name of the DOMESTIC LIMITED LIABILITY COMPANY:** PARTS CLEANING TECHNOLOGIES, LLC

**The name was changed from:** D-REX PARTS CLEANING TECHNOLOGIES LLC **on** 05-15-2002

**Entity type:** DOMESTIC LIMITED LIABILITY COMPANY

**Identification Number:** 801192429   **Old ID Number:** B3783D

**Date of Organization in Michigan:** 01/29/2002

**Purpose:** All Purpose Clause

**Term:** Perpetual

### The name and address of the Resident Agent:

| | | | | |
|---|---|---|---|---|
| Resident Agent Name: | DAVID R CRANDELL | | | |
| Street Address: | 26400 CAPITOL | | | |
| Apt/Suite/Other: | | | | |
| City: | REDFORD | State: MI | Zip Code: | 48239 |

**Registered Office Mailing address:**

| | | | | |
|---|---|---|---|---|
| P.O. Box or Street Address: | 26400 CAPITOL | | | |
| Apt/Suite/Other: | | | | |
| City: | REDFORD | State: MI | Zip Code: | 48239 |

**Act Formed Under:** 023-1993 Michigan Limited Liability Company Act

**Managed By:**
Members

**View filings for this business entity:**

ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
CERTIFICATE OF CORRECTION
CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR RESIDENT AGENT
RESIGNATION OF RESIDENT AGENT

[View filings]

Comments or notes associated with this business entity: