IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00458-KDB-DSC

| | |
|---|---|
| TREX PROPERTIES LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>25TH STREET HOLDING COMPANY )<br>INC. et. al., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Kimberly S. DalSanto and Frank Deveau]" (documents ##1483 and 1484) filed April 15, 2022. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.    Signed: April 15, 2022

David S. Cayer
United States Magistrate Judge