IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

TREX PROPERTIES LLC,                    )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )     Case No. 3:21-CV-00458-KDB-DSC
                                        )
25TH STREET HOLDING COMPANY, INC., *et* )
*al.*,                                  )
            Defendants.                 )

## CONSENT ORDER

Pending before the Court is Plaintiff's Unopposed Motion to Dismiss Defendant Sanders

Brothers Construction Company, Inc. with prejudice. (Dkt. No. 1532). Having considered the

Motion and for good cause shown, Plaintiff's Unopposed Motion to Dismiss Sanders Brothers

Construction Company, Inc. with prejudice is GRANTED. Defendant Sanders Brothers

Construction Company, Inc. is dismissed from this cause with prejudice, with each party to bear

its own costs.

It is so ORDERED.

Signed: May 10, 2022

Kenneth D. Bell
United States District Judge