IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TREX PROPERTIES LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:21-CV-00458-KDB-DSC |
| 25TH STREET HOLDING COMPANY, INC., *et al.*, | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion to Dismiss Defendant Ken-Anne Corporation with Prejudice. (Dkt. No. 1563). Having considered the Motion and for good cause shown, Plaintiff's Unopposed Motion to Dismiss Ken-Anne Corporation is GRANTED. Defendant Ken-Anne Corporation is dismissed from this cause with prejudice, with each party to bear its own costs.

It is so ORDERED.

Signed: May 23, 2022

Kenneth D. Bell
United States District Judge