IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TREX PROPERTIES LLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:21-CV-00458-KDB-DSC<br>) |
| 25TH STREET HOLDING COMPANY, INC., *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## CONSENT ORDER

Pending before the Court is Plaintiff's Unopposed Motion to Dismiss Defendant Frazor Quality Woodworks, Inc. with Prejudice. (Dkt. No. 1546). Having considered the Motion and for good cause shown, Plaintiff's Unopposed Motion to Dismiss Frazor Quality Woodworks, Inc. with Prejudice is GRANTED. Defendant Frazor Quality Woodworks, Inc. is dismissed from this cause with prejudice, with each party to bear its own costs.

It is so ORDERED.

Signed: May 23, 2022

Kenneth D. Bell
United States District Judge