**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:21-cv-00458-KDB-DSC**

**TREX PROPERTIES LLC,**

     **Plaintiff,**

       **v.**

**25ᵗʰ STREET HOLDING COMPANY,
INC.** *et al.***,**

     **Defendants,**

---

**POLYLC, INC.**

     **Third-Party Plaintiff,**

     **v.**

**DETREX CORPORATION,
ENVIRONMENTAL LIABILITY
TRANSFER, INC., and PARTS
CLEANING TECHNOLOGIES, LLC,**

     **Third-Party Defendants.**

## <u>ORDER</u>

Pending before the Court is Defendant PolyLC, Inc's Unopposed Motion to Dismiss Counterclaim and to Dismiss Third-Party Complaint with Prejudice  (Dkt. No. 1575). Having considered the Motion and for good cause shown, PolyLC Inc.'s Unopposed Motion to Dismiss Counterclaim and to Dismiss Third-Party Complaint is GRANTED. Counterclaim Defendant

1

Trex Properties, LLC and Third-Party Defendants Detrex Corporation, Environmental Liability Transfer, Inc., and Parts Cleaning Technologies, LLC are dismissed from this cause with prejudice, each party to bear its own costs.

It is so ORDERED.

Signed: May 27, 2022

Kenneth D. Bell
United States District Judge