IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **TREX PROPERTIES LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:21-CV-00458 |
| | ) |
| **5 STAR AUTO COLLISION, INC.,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion to Dismiss Defendant Smith's Paint & Body Shop, Inc. with Prejudice. (Doc. No. 1577). Having considered the Motion and for good cause shown, Plaintiff's Unopposed Motion to Dismiss Smith's Paint & Body Shop, Inc. is GRANTED. Defendant Smith's Paint & Body Shop, Inc. is dismissed from this cause with prejudice, with each party to bear its own costs.

It is so **ORDERED.**

Signed: May 31, 2022

Kenneth D. Bell
United States District Judge