IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **TREX PROPERTIES LLC,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**5 STAR AUTO COLLISION, INC.,** *et al.*, )<br>)<br>**Defendants.** ) | Case No. 3:21-CV-00458 |

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion to Dismiss Defendant Logistic Leasing, L.L.C. with Prejudice. (Doc. No. 1587). Having considered the Motion and for good cause shown, Plaintiff's Unopposed Motion to Dismiss Logistic Leasing, L.L.C. is **GRANTED.** Defendant Logistic Leasing, L.L.C. is dismissed from this cause with prejudice, with each party to bear its own costs.

It is so **ORDERED.**

Signed: June 5, 2022

Kenneth D. Bell
United States District Judge