IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **TREX PROPERTIES LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:21-CV-00458 |
| | ) |
| **5 STAR AUTO COLLISION, INC.,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion to Dismiss Defendant Liburdi Dimetrics Corporation with Prejudice. (Doc. No. 1589). Having considered the Motion and for good cause shown, Plaintiff's Unopposed Motion to Dismiss Liburdi Dimetrics Corporation is **GRANTED**. Defendant Liburdi Dimetrics Corporation is dismissed from this cause with prejudice, with each party to bear its own costs.

It is so **ORDERED.**

Signed: June 6, 2022

Kenneth D. Bell
United States District Judge