IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TREX PROPERTIES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:21-CV-00458-KDB-DSC |
| | ) |
| 5 STAR AUTO COLLISION, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

**THIS MATTER** is before the Court on its own motion. As detailed in this Court's recent Case Management Order, (Doc. No. 1562), this case involves complex claims under CERCLA against hundreds of defendants. Further, as the case has proceeded, Plaintiff has regularly filed unopposed motions to dismiss certain defendants, which the Court has routinely granted by simple orders in a form submitted by the relevant parties. (*See, e.g.*, Doc. Nos. 1590, 1591, 1593). Most of the parties in the case receive copies of these unopposed dismissal orders through the Court's ECF system. However, to all *pro se* defendants, the Clerk of Court, at a significant burden, has separately mailed copies of each order. The Court finds that continuing this mailing of unopposed orders related only to other defendants is unnecessary, would be a waste of the Court's resources and that the *pro se* defendants currently receiving the mailings will not be prejudiced by their curtailment.

Accordingly, following the mailing of this Order, the Clerk's office is directed not to mail any orders of the Court to *pro se* parties in this matter, unless the order applies specifically to the party, applies generally to all parties (for example, the Case Management Order) or upon the

1

direction of the Court to mail a particular order. Any *pro se* party who wants to continue to receive all orders in this matter may move the Court to direct the Clerk's office to mail future orders, which motion will be allowed upon a showing of good cause.

    **SO ORDERED**.

Signed: June 8, 2022

Kenneth D. Bell
United States District Judge