IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TREX PROPERTIES LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 5 STAR AUTO COLLISION, INC., *et al.*, ) <br> ) <br> Defendants. ) | Case No. 3:21-CV-00458-KDB-DSC |

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion to Dismiss Defendant Ram Pavement Services, Inc. with Prejudice. (Dkt. No. 1598). Having considered the Motion and for good cause shown, Plaintiff's Unopposed Motion to Dismiss Ram Pavement Services, Inc. is GRANTED. Defendant Ram Pavement Services, Inc. is dismissed from this cause with prejudice, with each party to bear its own costs.

It is so ORDERED.

Signed: June 9, 2022

*Kenneth D. Bell*
Kenneth D. Bell
United States District Judge