IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TREX PROPERTIES LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:21-CV-00458-KDB-DSC |
| 5 STAR AUTO COLLISION, INC., *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion to Dismiss Defendant ARAI Americas, Inc. with Prejudice. (Dkt. No. 1609). Having considered the Motion and for good cause shown, Plaintiff's Unopposed Motion to Dismiss ARAI Americas, Inc. is GRANTED. Defendant ARAI Americas, Inc. is dismissed from this cause with prejudice, with each party to bear its own costs.

It is so ORDERED.

Signed: June 14, 2022

Kenneth D. Bell
United States District Judge