IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TREX PROPERTIES, LLC, <br><br>        Plaintiff, <br><br> v. <br><br> 25TH STREET HOLDING COMPANY, INC., ET AL., <br><br>        Defendants. | Civil Action No.:  3:21-cv-00458- KDB-DSC <br><br> **ORDER** |

Pending before the Court is Defendant Flint Group US LLC's[1] Unopposed Motion to Dismiss Counterclaims with Prejudice. [DE 1613]. Having considered the Motion and for good cause shown, Flint Group US LLC's Unopposed Motion to Dismiss Counterclaims with Prejudice is GRANTED. Counterclaim Defendant Trex Properties, LLC is dismissed from this cause with prejudice, each party to bear its own costs.

It is so ORDERED.

Signed: June 14, 2022

Kenneth D. Bell
United States District Judge

---

[1] Defendant Flint Group US LLC no longer exists but has demerged into Flint Group Packaging Inks North America Holdings LLC and another entity.

1