IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

TREX PROPERTIES LLC,          )
                                                    )
          Plaintiff,           )
                                                    )
         v.                   )      Case No. 3:21-CV-00458-KDB-DSC
                                                    )
5 STAR AUTO COLLISION, INC., *et al.*,    )
                                                  )
         Defendants.      )

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion to Dismiss Defendant Precision Concepts Group, LLC with Prejudice. (Dkt. No. 1617). Having considered the Motion and for good cause shown, Plaintiff's Unopposed Motion to Dismiss Precision Concepts Group, LLC is GRANTED. Defendant Precision Concepts Group, LLC is dismissed from this cause with prejudice, with each party to bear its own costs.

It is so ORDERED.

Signed: June 15, 2022

Kenneth D. Bell
United States District Judge