IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

TREX PROPERTIES LLC,              )
                                  )
            Plaintiff,            )
                                  )
      v.                          )        Case No. 3:21-CV-00458-KDB-DSC
                                  )
5 STAR AUTO COLLISION, INC., *et al.*, )
                                  )
            Defendants.           )

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion to Dismiss Defendant McGee

Brothers Co., Inc. with Prejudice. (Dkt. No. 1627). Having considered the Motion and for good

cause shown, Plaintiff's Unopposed Motion to Dismiss McGee Brothers Co., Inc. is GRANTED.

Defendant McGee Brothers Co., Inc. is dismissed from this cause with prejudice, with each party

to bear its own costs.

It is so ORDERED.

Signed: June 22, 2022

Kenneth D. Bell
United States District Judge