IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| TREX PROPERTIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> 5 STAR AUTO COLLISION, INC., *et al*., <br><br> Defendants, <br> COVERIS FLEXIBLES INC., n/k/a TRANSCONTINENTAL MICHIGAN INC. <br><br> Third-Party Plaintiff, <br><br> v. <br><br> DETREX CORPORATION, <br><br> Third-Party Defendant. | Case No. 3:21-CV-00458-KDB-DSC |

## ORDER

Pending before the Court is Defendant/Third-Party Plaintiff Coveris Flexibles US Inc.'s n/k/a Transcontinental Michigan Inc. ("Coveris"), Unopposed Motion to Dismiss Counterclaim and to Dismiss Third-Party Complaint with Prejudice. (Dkt. No. 1635). Having considered the Motion and for good cause shown, Defendant/Third-Party Plaintiff Coveris Flexibles US Inc.'s Motion to Dismiss is GRANTED. Coveris's Counterclaim against Plaintiff is dismissed with prejudice and Coveris's Third-Party Complaint against Detrex Corporation are dismissed with prejudice, with each party to bear its own costs.

It is so ORDERED.

Signed: June 28, 2022

Kenneth D. Bell
United States District Judge