IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TREX PROPERTIES LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:21-CV-00458-KDB-DSC |
| 5 STAR AUTO COLLISION, INC., *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

Pending before the Court is Plaintiff's Unopposed Motion to Dismiss Defendant Classic Leather, Inc. with Prejudice. (Dkt. No. 1654). Having considered the Motion and for good cause shown, Plaintiff's Unopposed Motion to Dismiss Classic Leather, Inc. is GRANTED. Defendant Classic Leather, Inc. is dismissed from this cause with prejudice, with each party to bear its own costs.

It is so ORDERED.

Signed: July 13, 2022

Kenneth D. Bell
United States District Judge