IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TREX PROPERTIES LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>5 STAR AUTO COLLISION, INC., *et al.*, )<br>)<br>Defendants. ) | Case No. 3:21-CV-00458-KDB-DSC |

## **ORDER**

Pending before the Court is Plaintiff's Unopposed Motion to Dismiss Defendant Dilmar Oil Company, Inc. with Prejudice. (Dkt. No. 1673). Having considered the Motion and for good cause shown, Plaintiff's Unopposed Motion to Dismiss Dilmar Oil Company, Inc. is GRANTED. Defendant Dilmar Oil Company, Inc. is dismissed from this cause with prejudice, with each party to bear its own costs.

It is so ORDERED.

Signed: July 29, 2022

Kenneth D. Bell
United States District Judge