UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| TREX PROPERTIES LLC, | : |
| Plaintiff, | : |
| v. | : |
| 25th STREET HOLDING COMPANY, INC., *et al.*, | : **Civil Action No.** |
| Defendants. | : **3:21-cv-00458-KDB-DSC** |
| PENN ENGINEEERING & MANUFACTURING CORP., | : |
| Third-Party Plaintiff, | : |
| v. | : |
| DETREX CORPORATION, *et al.*, | : |
| Third-Party Defendants. | : |

**ORDER**

Pending before the Court is Counterclaim/Third-Party Plaintiff Penn Engineering & Manufacturing Corp.'s Unopposed Motion to Dismiss with Prejudice its Counterclaim against Plaintiff/Counterclaim-Defendant Trex Properties LLC and its Third-Party Complaint against Third-Party Defendants Detrex Corporation, Environmental Liability Transfer, Inc., and Parts Cleaning Technologies, LLC (ECF No. 1678). Having considered the Motion and for good cause shown, Counterclaim/Third-Party Plaintiff Penn Engineering & Manufacturing Corp.'s Unopposed Motion to Dismiss its Counterclaim and Third-Party Complaint with Prejudice is **GRANTED**.

**THEREFORE**, Counterclaim/Third-Party Plaintiff Penn Engineering & Manufacturing Corp.'s Counterclaims and Third Party claims against Plaintiff/Counterclaim-Defendants Trex

Properties LLC, Detrex Corporation, Environmental Liability Transfer, Inc., and Parts Cleaning Technologies, LLC are dismissed with prejudice, with each party to bear its own costs.

It is so ORDERED.

Signed: August 3, 2022

Kenneth D. Bell
United States District Judge