IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

TREX PROPERTIES LLC,                    )
                                         )
            Plaintiff,                   )
                                         )
    v.                                   )        Case No. 3:21-CV-00458-KDB-DSC
                                         )
5 STAR AUTO COLLISION, INC., *et al.*,   )
                                         )
            Defendants.                  )

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion to Dismiss Defendant

International Construction Equipment, Inc. with Prejudice. (Dkt. No. 1684). Having considered

the Motion and for good cause shown, Plaintiff's Unopposed Motion to Dismiss International

Construction Equipment, Inc. is GRANTED. Defendant International Construction Equipment,

Inc. is dismissed from this cause with prejudice, with each party to bear its own costs.

It is so ORDERED.


Signed: August 8, 2022


Kenneth D. Bell
United States District Judge