IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

TREX PROPERTIES LLC,                      )
                                          )
                    Plaintiff,            )
                                          )
        v.                                )        Case No. 3:21-CV-00458-KDB-DSC
                                          )
5 STAR AUTO COLLISION, INC., *et al.*,    )
                                          )
                    Defendants.           )

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion to Dismiss Defendant

Vitafoam Inc. with Prejudice (Dkt. No. 1714). Having considered the Motion and for good cause

shown, Plaintiff's Unopposed Motion to Dismiss Vitafoam Inc. is GRANTED. Defendant

Vitafoam Inc. is dismissed from this cause with prejudice, with each party to bear its own costs.

It is so ORDERED.

Signed: September 8, 2022

Kenneth D. Bell
United States District Judge