IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TREX PROPERTIES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:21-CV-00458-KDB-DSC |
| | ) |
| 5 STAR AUTO COLLISION, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Pending before the Court is Plaintiff's Unopposed Motion to Dismiss Defendant Mathis Collision, LLC with Prejudice (Dkt. No. 1718). Having considered the Motion and for good cause shown, Plaintiff's Unopposed Motion to Dismiss Mathis Collision, LLC is GRANTED. Defendant Mathis Collision, LLC is dismissed from this cause with prejudice, with each party to bear its own costs.

It is so ORDERED.

Signed: September 12, 2022

*[signature]*

Kenneth D. Bell
United States District Judge