IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TREX PROPERTIES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:21-CV-00458-KDB-DSC |
| ) | |
| 5 STAR AUTO COLLISION, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Pending before the Court is Plaintiff's Unopposed Motion to Dismiss Defendant Abingdon Cleaners & Launderers, Inc. with Prejudice (Dkt. No. 1721). Having considered the Motion and for good cause shown, Plaintiff's Unopposed Motion to Dismiss Abingdon Cleaners & Launderers, Inc. is GRANTED. Defendant Abingdon Cleaners & Launderers, Inc. is dismissed from this cause with prejudice, with each party to bear its own costs.

It is so ORDERED.

Signed: September 14, 2022

Kenneth D. Bell
United States District Judge