IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

TREX PROPERTIES LLC,         )
         )
    Plaintiff,         )
         )
    v.         )    Case No. 3:21-CV-00458-KDB-DSC
         )
5 STAR AUTO COLLISION, INC., *et al.*,         )
         )
    Defendants.         )

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion to Dismiss Defendant Spectra True Colour, LLC with Prejudice (Dkt. No. 1724). Having considered the Motion and for good cause shown, Plaintiff's Unopposed Motion to Dismiss Spectra True Colour, LLC is GRANTED. Defendant Spectra True Colour, LLC is dismissed from this cause with prejudice, with each party to bear its own costs.

It is so ORDERED.

Signed: September 14, 2022

Kenneth D. Bell
United States District Judge