IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TREX PROPERTIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:21-CV-00458-KDB-DSC |
| | ) | |
| 5 STAR AUTO COLLISION, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Pending before the Court is Plaintiff's Motion to Dismiss Defendant Randy Brittain Body Shop without prejudice (Dkt. No. 1730). Having considered the Motion and for good cause shown, Defendant Randy Brittain Body Shop is dismissed from this cause without prejudice, each party to bear its own costs.

It is so ORDERED.

Signed: September 15, 2022

Kenneth D. Bell
United States District Judge