IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TREX PROPERTIES LLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:21-CV-00458-KDB-DSC<br>) |
| 5 STAR AUTO COLLISION, INC., *et al.*, | )<br>) |
| Defendants. | ) |

## ORDER

Pending before the Court is Plaintiff's Motion to Dismiss Defendant Somers Custom Paint & Body Shop without prejudice (Dkt. No. 1731). Having considered the Motion and for good cause shown, Defendant Somers Custom Paint & Body Shop is dismissed from this cause without prejudice, each party to bear its own costs.

It is so ORDERED.

Signed: September 15, 2022

Kenneth D. Bell
United States District Judge