IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| TREX PROPERTIES LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 3:21-CV-00458-KDB-DSC |
| 5 STAR AUTO COLLISION, INC., *et al.*, | ) | |
| Defendants. | ) | |

## **ORDER**

Pending before the Court is Plaintiff's Unopposed Motion to Dismiss Defendant Tri-Steel Fabricators, Inc. with Prejudice (Dkt. No. 1733). Having considered the Motion and for good cause shown, Plaintiff's Unopposed Motion to Dismiss Tri-Steel Fabricators, Inc. is GRANTED. Defendant Tri-Steel Fabricators, Inc. is dismissed from this cause with prejudice, with each party to bear its own costs.

It is so ORDERED.

Signed: September 15, 2022

Kenneth D. Bell
United States District Judge