IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| TREX PROPERTIES LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 3:21-CV-00458-KDB-DSC |
| 5 STAR AUTO COLLISION, INC., *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion to Dismiss Defendant Phaze 3 Kustoms, LLC with Prejudice (Dkt. No. 1738). Having considered the Motion and for good cause shown, Plaintiff's Unopposed Motion to Dismiss Phaze 3 Kustoms, LLC is GRANTED. Defendant Phaze 3 Kustoms, LLC is dismissed from this cause with prejudice, with each party to bear its own costs.

It is so ORDERED.

Signed: September 20, 2022

Kenneth D. Bell
United States District Judge