IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00458-KDB-DSC

| | |
|---|---|
| TREX PROPERTIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> 25TH STREET HOLDING COMPANY, INC. ET AL., <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion to Dismiss Defendant Dellner, Inc. with Prejudice (Doc. No. 1756); Motion to Dismiss Defendant Graphics International, LLC with Prejudice (Doc. No. 1765); Motion to Dismiss Defendant Providence Paint Company with Prejudice (Doc. No. 1766); Motion to Dismiss Defendant Max Daetwyler Corp. with Prejudice (Doc. No. 1771); and Plaintiff's Motion to Dismiss Defendant M&M Auto Body & Paint Specialist, Inc. without Prejudice (Doc. No. 1780). All of the motions are unopposed. The Court has carefully considered these motions and will grant them for good cause shown, in particular the stipulations that defendants be dismissed with prejudice, thereby fully and finally ending this matter as to those parties. Also, with respect to the lone motion requesting a dismissal without prejudice, the motion specifically recites communication with the defendant and the agreement of the defendant to the motion.

1

**NOW THEREFORE IT IS ORDERED THAT:**

1. Plaintiff's Motions to Dismiss Defendants Dellner, Inc.; Graphics International, LLC; Providence Paint Company; and Max Daetwyler Corp. with Prejudice and Plaintiff's Motion to Dismiss Defendant M&M Auto Body & Paint Specialist, Inc. without Prejudice (Doc. Nos. 1756, 1765, 1766, 1771 and 1780) are **GRANTED**; and

2. The Clerk is directed to close this matter as to those Defendants in accordance with this Order.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: December 21, 2022,

Kenneth D. Bell
United States District Judge